No. 09-10951. Gregory Harris, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

562 U.S. 857, 131 S. Ct. 124, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6163, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10952. Christopher Deon Gattis, Petitioner v. North Carolina.

562 U.S. 857, 131 S. Ct. 124, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6115.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

No. 09-10954. Miguel Figueroa, Petitioner v. Pennsylvania.

562 U.S. 857, 131 S. Ct. 124, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 5852.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 972 A.2d 551.

No. 09-10959. Rodney Dutch, Petitioner v. Karen Balicki, Administrator, South Woods State Prison, et al.

562 U.S. 857, 131 S. Ct. 124, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6064, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-10964. Lennell M. Martin, Petitioner v. Robert Fanies, Warden.

562 U.S. 857, 131 S. Ct. 125, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6233.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 365 Fed. Appx. 736.

No. 09-10965. Janetta Lynn Leiva, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.

562 U.S. 857, 131 S. Ct. 125, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6279.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 972.

No. 09-10967. Peter Halloran, Petitioner v. Mark J. Bennett, Attorney General of Hawaii, et al.

562 U.S. 857, 131 S. Ct. 126, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6072.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 791.

No. 09-10968. Po Kee Wong, Petitioner v. United States.

562 U.S. 857, 131 S. Ct. 126, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6205, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 342 Fed. Appx. 623.